

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00006-CR

**DAMON KADELL BAKER,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 85th District Court
### Brazos County, Texas
### Trial Court No. 12-04124-CRF-85

## MEMORANDUM  OPINION

Appellant Damon Kadell Baker has filed a motion to dismiss this appeal.  *See* TEX. R. APP. P. 42.2(a).  We have not issued a decision in this appeal, and Baker personally signed the motion.  The motion is granted, and the appeal is dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed March 20, 2014
Do not publish
[CR25]